■ SWISS RE FINANCIAL SERVICES, CORP., Respondent, v MICHELLE LYNN McGUIRK, Appellant. [48 NYS3d 576]—

Appeals from orders, Supreme Court, New York County (Cynthia S. Kern, J.), entered December 3, 2013, September 19, 2013, and July 11, 2013, which, respectively, denied respon-

dent's motion to renew petitioner's motion to quash a subpoena duces tecum, granted petitioner's motion to quash, and so-ordered a stipulation between the parties, unanimously dismissed, without costs.

Respondent's right to appeal from these discovery orders (issued in connection with a proceeding she commenced before the New York State Division of Human Rights [DHR]) terminated upon entry of the order of this Court confirming DHR's final order, denying the petition, and dismissing the proceeding (*Matter of McGuirk v New York State Div. of Human Rights*, 139 AD3d 570 [1st Dept 2016]) (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). Concur—Andrias, J.P., Feinman, Gische and Gesmer, JJ.